COMMONWEALTH vs. MICHAEL HOGAN.

Terms of a court were by law to be held at designated places at stated tim.s. The record in a criminal case failed to set forth the place at which the court was held at the time the proceedings were had. *Held*, that the omission, unless amended, was fatal.

COMPLAINT to the First District Court of Southern Worcester, alleging that the defendant kept and maintained a tenement used for the illegal sale and for the illegal keeping of intoxicating liquors.

The defendant having been there convicted, appealed to the Superior Court, and the material part of the copy of the record transmitted to that court upon the appeal was as follows:

" By virtue of a warrant issued on this complaint, the defendant is before the First District Court of Southern Worcester, in the county of Worcester, on the eleventh day of February, A. D. 1873, and said complaint is read to him, and he says that thereof he is not guilty ; but after hearing all matters and things concerning the same, it is adjudged by the said District Court that said defendant is guilty."

The defendant, before the empanelling of the jury, moved to dismiss the complaint, because it did not appear that the case was tried in the District Court at any time or place appointed by law. The court overruled the motion, and the defendant, having been tried and found guilty, excepted.

*H. B. Staples & J. H. Stockwell*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

MORTON, J. The statute establishing the First District Court of Southern Worcester provides that said court for criminal business shall be held in Southbridge on Monday, Wednesday and Friday, and in Webster on Tuesday, Thursday and Saturday, in each week. St. 1871, c. 391, § 4. Fixed terms are thus established, and the justice has no jurisdiction to try criminal offences except at such terms. The record in this case does not show that the defendant was tried at a term held at Webster as required by law. It recites that he was tried " before the First District Court of Southern Worcester, in the county of Worcester, on the

eleventh day of February, A. D. 1873." It does not show that it was at a term of the court held in Webster, the only place where by law the term could be held on that day. The jurisdiction of the Superior Court is wholly appellate, and must appear from the papers in the case. *Commonwealth* v. *Doty*, 2 Met. 18. *Commonwealth* v. *Burns*, 8 Gray, 482. The papers transmitted to that court do not show that the First District Court of Southern Worcester had jurisdiction of the case, and do not authorize a judgment and sentence against the defendant.

The defendant properly raised the question by a motion to dismiss the complaint, which should be granted, unless the justice of the District Court can file an amended copy of his record, in accordance with the facts, so that the papers will show that the defendant was tried at a term of the court legally held. *Commonwealth* v. *Taylor*, ante, 1. *Exceptions sustained.*